FILED
SEP - 2 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ET    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2948-H |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| JESSICA JUAREZ-LOPEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about August 4, 2008, within the Southern District of California, defendant JESSICA JUAREZ-LOPEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 27.08 kilograms (59.57 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:  September 2, 2008  .

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
9/2/08